## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA
## WEST PALM BEACH

| | | |
|---|---|---|
| COMPREHENSIVE HEALTH CARE SYSTEMS OF THE PALM BEACHES, INC., a Florida Corporation, individually and as the representative of a class of similarly-situated persons, | ) ) ) ) ) | |
| Plaintiff, | ) ) | No. 16-cv-80965 |
| v. | ) ) ) | Judge William P. Dimitrouleas |
| FLORIDA PIP LAW FIRM, P.A., and JOHN DOES 1-12 | ) ) ) | |
| Defendants. | ) | |

### PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

Plaintiff, Comprehensive Health Care Systems Of The Palm Beaches, Inc. ("Plaintiff"), pursuant to Fed. R. Civ. P. 41 (a) (1) (A) (i) and, as this action was filed as a class action, under Fed. R. Civ. P. 23, hereby voluntarily dismisses this action without prejudice, and without taxation of costs.

June 28, 2016

Respectfully submitted,

COMPREHENSIVE HEALTH CARE SYSTEMS OF THE PALM BEACHES, INC., a Florida Corporation, individually and as the representative of a class of similarly-situated persons

By:    /s/ Phillip A. Bock

Phillip A. Bock
Bock, Hatch, Lewis & Oppenheim, LLC
P.O. Box 41674
Miami Beach, FL 33141
Telephone:  312/658-5500
Fax: 312/658-5555

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on June 28, 2016, I caused the foregoing to be filed using the Court's CM/ECF system which will send notification of such filing to all counsel of record.

In addition, I caused the foregoing to be mailed to Abraham S. Ovadia at 4800 N Federal Hwy., Suite D204, Boca Raton, FL 33431.

/s/ Phillip A. Bock