UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-62573-CIV-DIMITROULEAS/SNOW

COMPREHENSIVE HEALTH CARE SYSTEMS
OF THE PALM BEACHES, INC., a Florida
Corporation, individually and as the representative
of a class of similarly-situated persons,

    Plaintiffs,

vs.

FLORIDA PIP LAW FIRM, P.A., and JOHN
DOES 1-12,

    Defendants.
_____/

## ORDER OF DISMISSAL

THIS CAUSE is before the Court on Plaintiffs' Notice of Voluntary Dismissal (the "Notice") [DE 9], filed herein on June 28, 2016. The Court has carefully considered the Notice [DE 9] and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Notice [DE 9] is **APPROVED**;

2. This action is hereby **DISMISSED WITHOUT PREJUDICE**; and

3. The Clerk is directed to **CLOSE** this case and **DENY** any pending motions as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 28th day of June 2016.

*[signature]*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of Record